# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>AC OUTFITTERS, et al.,<br><br>Defendants. | Civil Action No. 1:25-cv-6087-MHC |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| Asithuis | 6 |
| BOTHER | 14 |
| Busk Sunset | 15 |
| Bustling Xin | 16 |
| CARLLO | 17 |
| Come on. | 22 |
| daoyun | 24 |
| DHX Store | 25 |
| Everlasting Light | 30 |
| greenlight9 | 34 |
| Grownness | 35 |
| Guangzhou Liwei Trading Co., Ltd. | 36 |
| Jiangxi Qiaomiao Import and Export Co., Ltd. | 51 |
| Joatocy | 57 |

1

| | |
|---|---|
| JOYYPOP | 58 |
| Maiwoda | 69 |
| NOTE | 77 |
| Ouddy Life | 80 |
| party greeting | 84 |
| Pistro | 87 |
| qibu | 89 |
| RoetyceDirect | 93 |
| SENDY backdrop | 96 |
| Tarity | 100 |
| The Danes | 105 |
| Tick | 108 |
| Tomorrow | 109 |
| TsoifuDirect | 112 |
| Tsuo Longqusen | 113 |
| Vibzox | 114 |
| whasme | 115 |
| Wuhetyo | 118 |
| wyitxml | 120 |
| Xqumoi | 125 |
| YESIONG | 129 |
| Youngber | 136 |
| YQUQWN | 137 |
| ZhuotianDao | 141 |
| ZHWKMYP | 142 |
| ZooKi | 143 |
| FENGRISE Microstar Store | 173 |
| Frigg Sweethome Store | 177 |
| Surprise Balloons Party Store | 227 |
| Surpsea Party Store | 228 |
| UBalloons Store | 239 |
| UParty Store | 241 |
| CHLEZI Official Store | 431 |
| CHLEZI Party supplies Store | 432 |
| CHLEZI Splendid Party Decoration Store | 433 |
| CHLEZI Spree Balloons Store | 434 |
| PARTY TREND Store | 485 |

| | |
|---|---|
| theHappyDay Store | 504 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Dated: December 15, 2025         Respectfully submitted,

/s/ David M. Lilenfeld
David M. Lilenfeld
Georgia Bar No. 45299
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (404) 663-3349
Email: david@whitewoodlaw.com

*Counsel for Plaintiff*