IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANAGRAM INTERNATIONAL LLC,

Plaintiff,

v.

AC OUTFITTERS, et al.,

Defendants.

Civil Action No. 25-cv-6087-MHC

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| AobkDeco | 5 |
| Bonieset_Inc | 13 |
| ChongTianXiangPao | 21 |
| FazBh | 31 |
| Hurt | 47 |
| JiaxulinTech | 52 |
| JMSTOR | 56 |
| Katbuu | 60 |
| Luculach-US | 65 |
| Merry Monments | 71 |
| Openfly_LLC | 79 |
| PartyLuo | 86 |
| SNFHWL® | 99 |
| Tatibana | 101 |

| | |
|---|---|
| wish ins | 116 |
| Xmusk LLC | 124 |
| zhoukoulanbushangmaoyouxiangongsi | 140 |
| Life-Designer Store | 187 |
| UM Household Store | 240 |
| Acoavo | 619 |
| EFAY US | 620 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Dated: January 21, 2026          Respectfully submitted,

*/s/ David M. Lilenfeld*
David M. Lilenfeld
Georgia Bar No. 45299
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (404) 663-3349
Email: david@whitewoodlaw.com

*Counsel for Plaintiff*