## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ANAGRAM INTERNATIONAL LLC,

      Plaintiff,

v.

AC OUTFITTERS, et al.,

      Defendants.

Civil Action No. 25-cv-6087-MHC

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| Kids Party Favors | 61 |
| Kinteshun | 63 |
| YimeBand | 130 |
| Shenzhen A Er Wo Supply Chain Co., Ltd. | 352 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Dated: February 10, 2026                Respectfully submitted,

                                        _/s/ Abby M. Neu_
                                        Abby M. Neu
                                        Georgia Bar No. 200207
                                        **WHITEWOOD LAW PLLC**
                                        5555 Glenridge Connector, Suite 200
                                        Atlanta, GA 30342
                                        Telephone: (872) 294-3263
                                        Email: aneu@whitewoodlaw.com

                                        *Counsel for Plaintiff*