**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **ANAGRAM INTERNATIONAL, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**AC OUTFITTERS, et al.,**<br><br>**Defendants.** | **CIVIL ACTION FILE**<br><br>**NO. 1:25-CV-6087-MHC** |

**ORDER**

Based upon Plaintiff's Notice of Voluntary Dismissal [Doc. 84], it is hereby **ORDERED** that Defendant Con Grads's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(5) and 12(b)(6) [Doc. 75] and Defendant Con Grads's Motion for Leave to File Surreply and/or to Strike Improper Settlement Communications [Doc. 78] are **DENIED AS MOOT**.

**IT IS SO ORDERED** this 20th day of October, 2026.

Mark H. Cohen

MARK H. COHEN
United States District Judge